# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-1145** | **September Term, 2014** |
| | EPA-79FR31566 |
| | Filed On: November 24, 2014 [1523999] |

WildEarth Guardians, et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

San Joaquin Valley Unified Air Pollution Control District and South Coast Air Quality Management District,
    Intervenors

### O R D E R

Upon consideration of respondent's unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioners' Brief | January 16, 2015 |
| Respondent's Brief | April 1, 2015 |
| Intervenor for Respondent's Brief | April 22, 2015 |
| Petitioners' Reply Brief | May 8, 2015 |
| Deferred Appendix | May 22, 2015 |
| Final Briefs | June 5, 2015 |

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk